UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAM PHILLIPPI, | ) | Case No. 2:08-CV-02445 JAM-GGH |
| Plaintiff, | ) | |
| v. | ) | RELATED CASE ORDER |
| ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corp., et al., | ) | |
| Defendants. | ) | |
| TERRI LYNN TODD, | ) | |
| Plaintiff, | ) | Case No. 2:09-CV-01509 JAM-GGH |
| v. | ) | |
| STRYKER CORPORATION, a Michigan corporation, et al., | ) | |
| Defendants. | ) | |
| JULIE M. COMBS and STEVEN COMBS, | ) | Case No. 2:09-CV-02018-FCD-EFB |
| Plaintiffs, | ) | |
| v. | ) | |
| STRYKER CORPORATION, a Michigan corporation, et al., | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D.

1

1  Cal. 2005). Accordingly, the assignment of the matters to the same
2  judge and magistrate judge is likely to affect a substantial
3  savings of judicial effort and is also likely to be convenient for
4  the parties.

5      The parties should be aware that relating the cases under
6  Local Rule 83-123 merely has the result that these actions are
7  assigned to the same judge and magistrate judge; no consolidation
8  of the actions is effected.  Under the regular practice of this
9  court, related cases are generally assigned to the judge and
10 magistrate judge to whom the first filed action was assigned.

11     IT IS THEREFORE ORDERED that the action denominated 2:09-CV-
12 02018-FCD-EFB be reassigned to Judge John A. Mendez and Magistrate
13 Judge Gregory G. Hollows for all further proceedings, and any dates
14 currently set in this reassigned case _only_ are hereby VACATED.
15 Henceforth, the caption on documents filed in the reassigned cases
16 shall be shown as 2:09-CV-02018-JAM-GGH.

17     IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of civil cases to
19 compensate for this reassignment.

20     IT IS SO ORDERED.

21 Dated:  August 14, 2009                 _____
                                           JOHN A. MENDEZ,
22                                         UNITED STATES DISTRICT JUDGE