1  RALPH A. CAMPILLO (State Bar No. 070376)
   ralph.campillo@sdma.com
2  ARAMEH ZARGHAM (State Bar No. 239495)
   arameh.zargham@sdma.com
3  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
5  Facsimile:    213.426.6921

6  WAYNE A. WOLFF (State Bar No. 161351)
   wayne.wolff@sdma.com
7  DAVID D. MESA (State Bar No. 257488)
   david.mesa@sdma.com
8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza, Steuart Tower, 8th Floor
9  San Francisco, CA 94105
   Telephone:    415.781.7900
10 Facsimile:    415.781.2635

11 Attorneys for STRYKER CORPORATION and
   STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRI LYNN TODD,<br><br>            Plaintiff,<br><br>      v.<br><br>STRYKER CORPORAION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br><br>            Defendants. | Case No. 2:09-cv-01509-JAM-GGH<br><br>**STIPULATION AND PROPOSED ORDER TO FILE UNDER SEAL DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND EXHIBITS TO PLAINTIFF'S OPPOSITION TO SAID MOTION** |

SF/2086504v1

CASE NO.: 2:08-CV-02445-JAM-GGH
STIPULATION AND PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL
PDF created with pdfFactory trial version www.pdffactory.com

Defendants Stryker Corporation and Stryker Sales Corporation ("Stryker") and Plaintiff Terri Todd ("Plaintiff") hereby agree and stipulate as follows:

1. On February 9, 2011, Stryker filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion") in this action. In support of its Motion, Stryker concurrently filed the Declaration of Wayne A. Wolff attaching Exhibits "A" through "KK".

2. Exhibits I, J, L, N, O, P, and R thru Y ("Confidential Exhibits") contain confidential discovery material and other information that are subject to a Protective Order entered in this action on July 9, 2010 ("Protective Order"). Under the terms of the Protective Order, the Confidential Exhibits should have been filed under seal but were inadvertently filed without seal.

3. Based on the Protective Order, the parties stipulate and respectfully request the Court allow the Confidential Exhibits be filed under seal and removed from the CM/ECF system.

4. In addition, the parties stipulate and respectfully request the Court to allow Plaintiff leave to file exhibits submitted in support of her Opposition to Stryker's Motion, which contain confidential material or information otherwise subject to the Protective Order, under seal.

5. The parties agree that they seek orders sealing or granting leave to seal only to avoid noncompliance with the parties' agreement and do not agree or waive any rights to assert at a later time that the documents are not confidential or trade secret.

**IT IS SO STIPULATED.**

Dated this 11th day of February, 2011.

| WILLIAMS LOVE O'LEARY & POWERS P.C. | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|---|---|
| By: /s/ Steven B. Seal<br>Steven B. Seal. OR BN 085384<br>sseal@wdolaw.com<br>Leslie W. O'Leary, OR BN 99090<br>loleary@wdolaw.com<br>Michael L. Williams, OR BN 78426<br>mwilliams@wdolaw.com<br>Thomas B. Powers, OR BN 98393<br>tpowers@wdolaw.com | By: /s/ Wayne Wolff<br>Wayne A. Wolf<br>wayne.wolff@sdma.com<br>Ralph A. Campillo<br>ralph.campillo@sdma.com<br>Arameh Zargham<br>arameh.zargham@sdma.com<br>David D. Mesa<br>david.mesa@sdma.com |

Error! Unknown
PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | **WILLIAMS LOVE O'LEARY & POWERS, P.C.**<br>9755 SW Barnes Road, Suite 450 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP**<br>One Market Plaza, Steuart Tower, 8th Floor |
| 2 | Portland, Oregon 97225-6681<br>Telephone: (503)295-2924 | San Francisco, CA 94105<br>Telephone:   415.781.7900 |
| 3 | Facsimile : (503)295-3720 | Facsimile:    415.781.2635 |
| 4 | C. Brooks Cutter, SBN121407 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP** |
|   | bcutter@kcrlegal.com | 801 S. Figueroa Street, 18th Floor |
| 5 | **KERSHAW, CUTTER & RATINOFF, LLP**<br>401 Watt Avenue | Los Angeles, CA 90017-5356<br>Telephone: (213) 426-6900 |
| 6 | Sacramento, California 95864<br>Telephone: (916) 448-9800 | Facsimile:   (213) 426-6921 |
| 7 | Facsimile: (916) 669-4499 | *Attorneys for Defendants Stryker Corporation* |
|   |   | *and Stryker Sales Corporation* |
| 8 | Laura B. Kalur, OR BN 023424 | |
|   | lbkalur@kalurlaw.com | |
| 9 | **KALUR LAW OFFICE** | |
|   | 9755 SW Barnes Road, Suite 450 | |
| 10 | Portland, OR 97225-6681 | |
|   | Telephone: (503) 595-4145 | |
| 11 | Facsimile: (503) 295-3720 | |
| 12 | *Attorneys for Plaintiff Terri Todd* | |

**Error! Unknown**
PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | RALPH A. CAMPILLO (State Bar No. 070376)<br>ralph.campillo@sdma.com |
| 2 | ARAMEH ZARGHAM (State Bar No. 239495)<br>arameh.zargham@sdma.com |
| 3 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>801 South Figueroa Street, 19th Floor |
| 4 | Los Angeles, CA  90017-5556<br>Telephone:    213.426.6900 |
| 5 | Facsimile:    213.426.6921 |
| 6 | WAYNE A. WOLFF (State Bar No. 161351)<br>wayne.wolff@sdma.com |
| 7 | DAVID D. MESA (State Bar No. 257488)<br>david.mesa@sdma.com |
| 8 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza, Steuart Tower, 8th Floor |
| 9 | San Francisco, CA 94105<br>Telephone:    415.781.7900 |
| 10 | Facsimile:    415.781.2635 |
| 11 | Attorneys for STRYKER CORPORATION and STRYKER SALES CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRI LYNN TODD,<br><br>           Plaintiff,<br><br>     v.<br><br>STRYKER CORPORAION, a Michigan corporation; and STRYKER SALES CORPORATION, a Michigan corporation,<br><br>           Defendants. | Case No. 2:09-cv-01509-JAM-GGH<br><br>**ORDER TO FILE UNDER SEAL DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND EXHIBITS TO PLAINTIFF'S OPPOSITION TO SAID MOTION** |

Error! Unknown
PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to joint request by stipulation of the parties and the Protective Order in this action, IT IS HEREBY ORDERED THAT:

Exhibits I, J, L, N, O, P, and R thru Y ("Confidential Exhibits") to the Declaration of Wayne A. Wolff In Support of Defendants Stryker Corporation and Stryker Sales Corporation's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment filed by Defendants Stryker Corporation and Stryker Sales Corporation on February 9, 2011 shall be filed under seal and removed from the CM/ECF system..

Plaintiff is granted leave to file exhibits submitted in support of her Opposition to Stryker's Motion, which contain confidential material or information otherwise subject to the Protective Order, under seal.

DATED: February 11, 2011

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com